**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00392-CR

**MELISSA ANN MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60536-M**

## ORDER

Appellant's August 31, 2014 second motion for extension of time to file appellant's brief

is **GRANTED**. Appellant's brief received by the Clerk of the Court on August 31, 2014 is

**DEEMED** timely filed on the date of this order.

/s/  LANA MYERS
JUSTICE